**The People of the State of Illinois, Plaintiff-Appellee, v. Earl Honeycutt, Principal United Bonding Insurance Co., a Corp., Surety, Edward Kastel, Agent, Defendants-Appellants.**

Gen. No. 49,104.

First District, Second Division.
October 29, 1963.

Woodrow W. Hodge and Howard T. Savage, of Chicago, for appellants; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Edward J. Hladis, Chief of Civil Division, and Joseph V. Roddy, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.